**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 23, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00741-CV

## IN RE PRAC-II, LLC AND STAR REALTY, INC., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-74237**

## MEMORANDUM OPINION

On September 20, 2016, relators PRAC-II, LLC and Star Realty, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Robert Schaffer, presiding judge of the 152nd District Court of Harris County, to vacate his (1) September 2, 2016 order denying relators'

motion to quash depositions, for protective order, and for case management order; and (2) September 6, 2016 order granting, in part, real parties in interest's motion to compel.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also deny relators' emergency motion to stay discovery orders.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.